#61090

# Anthony J. DeGirolamo
Attorney at Law

Courtyard Centre, Suite 307
116 Cleveland Ave., N.W.
Canton, Ohio 44702
Telephone: 330-588-9700
Facsimile: 330-588-9713
Email: ajdlaw@sbcglobal.net
http://www.trusteblogs.com/degirolamotrustee.aspx

FILED

2011 JUN -7 PM 12: 23

CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

June 3, 2011

United States Bankruptcy Court
Attn: Clerk
401 McKinley Avenue SW
Canton, Ohio 44702

Re: In re Kandola; Case No. 08-61014

Dear Clerk:

Enclosed please find check no. 125 for unclaimed funds in the above mentioned case.

| Amount | Creditor Name | Creditor Address |
|---|---|---|
| $205.03 | Card Processing Center | P.O. Box 23356<br>Pittsburgh, Pennsylvania 15222 |

Very truly yours,

Anthony J. DeGirolamo/aw

Anthony J. DeGirolamo

ENC

amw