# DIVIDEND REPORT

| | | |
|---|---|---|
| Case No: | 08-61014-RKK | Date Printed: 6/6/2011 |
| Case Name: | KANDOLA, KRISTOFFER J AND KANDOLA, DENISE M | Check Number: 118 |
| Trustee Name: | Anthony DeGirolamo | Check Date: 05/17/2011 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 2 | GE CONSUMER FINANCE<br>For GE Money Bank<br>dba CARE CREDIT/GEMB<br>PO Box 960061<br>Orlando, FL 328960661 | $1,368.27 | $3.84 |
| 4 | CHASE BANK USA,N.A<br>P O Box 740933<br>Dallas, Tx 75374 | $397.89 | $1.12 |
| 8 | ROUNDUP FUNDING, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 981119221 | $1,385.54 | $3.90 |
| 9 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS /<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 296030587 | $1,211.80 | $3.40 |

Total Check Amount: $12.26

#61090